UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH POLANCO,<br><br>Plaintiff,<br><br>v.<br><br>LUCAS CONSTRUCTION, INC., ET AL.,<br><br>Defendants. | Civil Action No.: 3:18-cv-17036 (AET)(DEA)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**THIS MATTER** having been commenced by Plaintiff Joseph Polanco ("Plaintiff"), and the matters in difference having been amicably resolved by and between Plaintiff and Defendants Anthony Lucas, Lionel Lucas and Lucas Construction Group, Inc. (collectively "Defendants"), it is hereby stipulated and agreed by the parties that the within matter be and is hereby dismissed with prejudice by Plaintiff as to Defendants and without costs to any party.

JAFFE GLENN LAW GROUP, P.A.
*Attorneys for Plaintiff*
By: /s/ Andrew I. Glenn
    Andrew I. Glenn, Esq.
Date:

NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Defendants*
By: /s/
    Brian L. Tremer, Esq.
Date: